**Order entered June 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01476-CV
### No. 05-15-00421-CV

### IN THE INTEREST OF H.D.V., JR. AND B.V., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

Because these appeals arise out of the same trial court proceeding, we **GRANT** appellant's June 2, 2015 motion to consolidate appeals and **CONSOLIDATE** appellate cause number 05-14-01476-CV into appellate cause number 05-15-00421-CV. For administrative purposes, appellate cause number 05-14-01476-CV is treated as a closed case.

We **DIRECT** the Clerk of the Court to transfer all papers from appellate cause number 05-14-01476-CV to appellate cause number 05-15-00421-CV. All filings of this date forward shall bear appellate cause number 05-15-00421-CV.

We note appellant has paid for the clerk's record, but the clerk's record has not yet been filed. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file the record no later than June 22, 2015.

A copy of this order shall be sent to Ms. Pitre and counsel for the parties.

/s/     CRAIG STODDART
JUSTICE